IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DARNELL NELSON,

    Plaintiff,

v.

MICHAEL D. GUOLEE, PAUL L.
TIFFIN, and MICHAEL J. BACKES,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-310-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Michael D. Guolee, Paul L. Tiffin and Michael J. Backes dismissing plaintiff David Darnell Nelson's complaint.

/s/                                            8/23/2017
Peter Oppeneer, Clerk of Court               Date